IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DON HAMRICK                                                                                     PLAINTIFF

v.                                       No. 1:06CV00044 JMM

GEORGE W. BUSH, PRESIDENT; MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF HOMELAND SECURITY;
MICHAEL PRENDERGAST, ASSOCIATE DIRECTOR FOR
SECURITY OPERATIONS, U.S. DEPARTMENT OF
TRANSPORTATION; REGGIE B. WALTON, JUDGE, U.S. DISTRICT
COURT FOR D.C.; ELLEN SEGAL HUVELLE, JUDGE, U.S. DISTRICT
COURT FOR D.C.; DENNIS BARGHAAN, U.S. ATTORNEY'S OFFICE;
HEATHER GRAHAM-OLIVER, U.S. ATTORNEY'S OFFICE; UNITED
NATIONS; AND THAD ALLEN, ADMIRAL, COMMANDANT, U.S.
COAST GUARD                                                                                  DEFENDANTS

## JUDGMENT

In accordance with the May 24th order dismissing all the federal defendants and the separate order filed this date dismissing the United Nations as a defendant, judgment is hereby entered in favor of all defendants and against plaintiff.

DATED this 4th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE